



1299 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20004-2402
PHONE 202.783.0800
FAX 202.383.6610
A LIMITED LIABILITY PARTNERSHIP

**JOSEPH A. OSTOYICH**
PARTNER
202.383.7241
ostoyichj@howrey.com

August 9, 2004

**VIA HAND DELIVERY**

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

  Re: **In Re Publication Paper Antitrust Litigation**
     MDL Docket No. 1631

Dear Mr. Beck:

  Pursuant to Panel Rules 5.12, and 5.2, enclosed for filing are the original and eleven copies of Defendants' Consolidated Response In Opposition To Motions For Transfer And Consolidation Of Related Antitrust Actions. Also enclosed is a computer readable disk containing one copy of said Joint Memorandum pursuant to Panel Rule 5.13(a).

  Plaintiff Charles J. Gardella has not served his Section 1407 pleadings on any foreign defendant in this matter, including Norske Skogindustrier ASA; Norske Skog Canda Limited; Sappi Limited; Metsalitto Group; Metsalitto Cooperative; M-Real Corporation; UPM-Kymmene Corporation; Myllykoski Corporation; and Storg Enso OYJ. Accordingly Defendants are not serving these defendants with this Joint Memorandum.

  Thank you for your assistance and please contact me with any questions.

                Sincerely,

                Joseph A. Ostoyich

Enclosures

cc: Parties and counsel listed on enclosed service list.