## THE FURTH FIRM LLP

ATTORNEYS AT LAW

225 BUSH STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 433-2070
FACSIMILE (415) 982 2076
www.furth.com

SONOMA COUNTY OFFICE
10300 CHALK HILL ROAD
HEALDSBURG, CA 95448
TELEPHONE (707) 838-4379
FACSIMILE (707) 838-9685

July 20, 2004

VIA FEDERAL EXPRESS

Clerk of Court
U.S. District Court
    for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

> Re:   *Custom Printing of Willmar, Inc. v. International Paper Co, et al.*, Case No *1:04-cv-11583-GAO* filed July 15, 2004, in the United States District Court for the District of Massachusetts, and assigned to the Hon. George A. O'Toole Jr.

Dear Clerk:

Please be advised that on June 22, 2004, Charles J. Gardella, Jr., a plaintiff in the District of Connecticut action listed below, applied to the Judicial Panel on Multidistrict Litigation (the "Judicial Panel") for related actions pending in other District Courts to be transferred to the District of Connecticut and consolidated. There currently are approximately twelve related cases pending across the country.

### District of Connecticut Action

*Charles J. Gardella, Jr., formerly doing business as FCP Webindery, Inc., v. International Paper Co; MeadWestvaco Corp.; Norske Skogindustrier ASA; Norske Skog North America LLC; Norske Skog (USA), Inc.; Norske Skog (USA) Holdings, Inc.; Norske Skog Canada Limited; Norske Skog Canada (USA), Inc.; Stora Enso Oyj; Stora Enso North America Corporation; Sappi Limited; S.D. Warren Company; Metsälitto Group; Metsälitto Cooperative; M-Real Corporation; M-Real USA Corp.; UPM-Kymmene Corporation; Myllykoski Corporation; Madison International Sales Company; and Bowater, Inc.* (No. 3:04-CV-935-SRU, filed June 8, 2004, and assigned to the Hon. Stefan R. Underhill).

Plaintiff Gardella hereby notifies this court that he has filed the accompanying Notice of Related Case with the Judicial Panel. Plaintiff Gardella indicates therein that the action listed below and pending in this Court is subject to plaintiff Gardella's motion to transfer and consolidate to the District of Connecticut.

43648.1 (1441)

Clerk of Court
July 20, 2004
Page 2

<u>District Court of Massachusetts Boston Action</u>

   *Custom Printing of Willmar, Inc. v. International Paper Co.; MeadWestvaco Corp.; Norske Skogindustrier ASA; Norske Skog North America LLC; Norske Skog (USA), Inc.; Norske Skog (USA) Holdings, Inc.; Norske Skog Canada Limited; Norske Skog Canada (USA), Inc.; Stora Enso Oyj; Stora Enso North America Corporation; Sappi Limited; S.D. Warren Company; Metsälitto Group; Metsälitto Cooperative; M-Real Corporation; M-Real USA Corp.; UPM-Kymmene Corporation; Myllykoski Corporation; Madison International Sales Company; and Bowater, Inc.*, No *1:04-cv-11583-GAO*, filed July 15, 2004, in the United States District Court for the District of Massachusetts, and assigned to the Hon. George A. O'Toole Jr.

   Pursuant to Judicial Panel Rule of Procedure 5.12(c), I also have enclosed a copy of the materials filed with the Judicial Panel. If you have any questions, please do not hesitate to contact the undersigned.

               Sincerely

               Jon T. King

<u>Enclosures</u>.

cc:  All parties on attached Service List

43648.1 (1441)