UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUSTOM PRINTING OF WILLMAR, INC., <br> On behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL PAPER CO., et al., <br><br> Defendants. | Civil Action No. 04-11583 GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Steven W. Kasten, Esquire, of McDermott, Will & Emery, on behalf of the defendant, Stora Enso North America Corporation, in the above-captioned matter.

STORA ENSO NORTH AMERICA CORP.,

By its attorney,

/s/Steven W. Kasten
Steven W. Kasten (BBO #318840)
MCDERMOTT, WILL & EMERY
28 State Street
Boston, MA  02109
617-535-4000
skasten@mwe.com

DATED: August 25, 2004