UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUSTOM PRINTING OF WILLMAR, INC., On behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER CO., et al.,<br><br>Defendants. | Civil Action No. 04-11583 GAO |

## ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), the undersigned, a member of the Bar of this Court, respectfully moves for the admission to the Bar of this Court, pro hac vice, of David Marx, Jr., McDermott Will & Emery LLC, 227 West Monroe Street, Suite 4400, Chicago, Illinois, for the purpose of representing the defendant, Stora Enso North America Corporation, in this action. In support of this motion, and filed herewith, is an affidavit executed by Attorney Marx certifying that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar of any jurisdiction; and (3) he is familiar with the Local Rules of this Court.

The undersigned counsel certifies, pursuant to Local Rule 7.1(A)(2), that he has conferred with Plaintiff's Counsel, who has indicated his assent.

WHEREFORE, the undersigned respectfully requests that the Court grant David Marx, Jr.

admission to the Bar of this Court to represent the plaintiff in this action.

        STORA ENSO NORTH AMERICA CORP.

        By its attorney,

        /s/ Steven W. Kasten
        Steven W. Kasten (BBO #318840)
        MCDERMOTT, WILL & EMERY
        28 State Street
        Boston, MA 02109
        617-535-4000
        skasten@mwe.com

DATED: August 25, 2004