UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUSTOM PRINTING OF WILLMAR, INC., on behalf of himself and all others similarly situated, | CASE NUMBER: 04-11583-GAO |
| Plaintiff, | CLASS ACTION COMPLAINT |
| v. | |
| INTERNATIONAL PAPER CO., et al., | |
| Defendants. | August 17, 2004 |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT ATTORNEY *PRO HAC VICE***

I, David Marx, Jr., being duly sworn, depose and say as follows:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am submitting this Affidavit in support of the accompanying Motion to Admit Attorney *Pro Hac Vice*.

3. I am a member of the law firm McDermott Will & Emery LLP, 227 W. Monroe Street, Chicago, IL 60606.

4. I can be reached at telephone number (312) 984-7668, facsimile number (312) 984-7700, and my e-mail address is dmarx@mwe.com.

5. I certify that I am a member in good standing of the of the Bar of the States of Illinois and New York, the United States Supreme Court, the U.S. Courts of Appeal for the 3rd, 6th, 7th, 8th, and D.C. Circuits and the U.S. District Courts for the Central District of Illinois, the Northern District of Illinois, the Southern District of Illinois, the Eastern District of Wisconsin, and the District of Colorado.

6. I am a member in good standing of all bars to which I have been admitted and have had no disciplinary or grievance proceedings filed against me.

7. I have never been denied admission or disciplined by this Court or any other court.

8. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

David Marx, Jr.

Subscribed and sworn to me this
17th day of August, 2004.

Notary Public

"OFFICIAL SEAL"
PAMELA J. MITCHELL
Notary Public, State of Illinois
My Commission Expires Feb. 2, 2005

2

CHI99 4347276-1 059563 0055