IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUSTOM PRINTING OF WILLMAR, INC., On behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER CO., et al.,<br><br>   Defendants. | Civil Action No. 04-11583 GAO |

**CORPORATE DISCLOSURE STATEMENT OF
<u>STORA ENSO NORTH AMERICA CORPORATION</u>**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Stora Enso North America Corporation states as follows:

1. Stora Enso Oyj is the parent company of Stora Enso North America Corporation.

2. Stora Enso Oyj is a publicly held company that owns all of the issued and

BST99 1421656-1.059563.0055

outstanding shares of Stora Enso North America Corporation.

Dated: August 25, 2004                    Respectfully submitted,

                                          By:    /s/Steven W. Kasten
                                                 Steven W. Kasten (BBO #318840)
                                                 MCDERMOTT, WILL & EMERY
                                                 28 State Street
                                                 Boston, MA  02109
                                                 617-535-4000
                                                 skasten@mwe.com

                                                 Counsel for Defendant Stora Enso North
                                                 America Corporation