UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Custom Printing of Willmar, Inc., on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>International Paper Co; MeadWestvaco Corp.; Norske Skogindustrier ASA; Norske Skog North America LLC; Norske Skog (USA), Inc.; Norske Skog (USA) Holdings, Inc.; Norske Skog Canada Limited; Norske Skog Canada (USA), Inc.; Stora Enso Oyj; Stora Enso North America Corporation; Sappi Limited; S.D. Warren Company; Metsälitto Group; Metsälitto Cooperative; M-real Corporation; M-real USA Corp.; UPM-Kymmene Corporation; Myllykoski Corporation; Madison International Sales Company; and Bowater, Inc.,<br><br>     Defendants. | CIVIL ACTION NO. 04-11583-GAO |

**ASSENTED-TO MOTION TO EXTEND TIME TO
MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6, Defendant S. D. Warren Company ("S.D. Warren") moves to extend the time for Defendants who have been or will be served in this action to move, file an answer or otherwise respond to Plaintiff's complaint, dated July 15, 2004 (the "Complaint"), until, and including, twenty (20) days after the date upon which the Judicial Panel on Multidistrict Litigation ("JPML") enters an order ruling on pending motions to consolidate and transfer related actions.  To date, S.D. Warren, Bowater Incorporated; International Paper Co.; Madison International Sales Company; M-Real USA Corporation; MeadWestvaco Corporation; Norske Skog (USA), Inc.; Norske Skog Canada (USA) Inc.; Norkse Skog NA, LLC; and Stora Enso North America Corporation (collectively the "Served Defendants") have

been served, have waived service, or expect to be served with the Complaint. Counsel for S.D. Warren has conferred with counsel for each of the other Served Defendants and is authorized to represent that all of the Served Defendants wish to join in requesting that this assented-to motion be granted.[1]

### A. BACKGROUND

On July 15, 2004, Plaintiff filed suit against Defendants alleging violations of federal antitrust law. Other plaintiffs have filed suits in different jurisdictions raising similar allegations. Because several other cases were filed before the Complaint, a motion was filed on June 22, 2004, before the JPML pursuant to 28 U.S.C. § 1407, seeking the transfer and consolidation of all related federal actions ("JPML Motion"). The JPML is currently scheduled to hear argument on that motion on September 30, 2004. The Served Defendants have indicated to the JPML that they agree that the cases should be consolidated.

Currently, at least sixteen other suits similar to this one have been filed in federal courts. These cases should be consolidated so that they can be effectively managed.

### B. GOOD CAUSE EXISTS FOR THE COURT TO EXTEND THE TIME FOR THE SERVED DEFENDANTS TO RESPOND OR OTHERWISE PLEAD

Because of the pending JPML Motion and other facts described above, good cause exists for this Court to extend the time for the Served Defendants or subsequently served defendants to move, answer or otherwise respond to Plaintiff's Complaint in this action until, and including, twenty (20) days after the JPML enters an order ruling on the JPML Motion.

This is the first motion for extension of time filed by any of the Defendants. Furthermore, as indicated below, the Plaintiff has assented to the Served Defendants' request for the time sought herein.

---

[1] This Motion is not filed on behalf of Defendant Norske Skog (USA) Holdings, Inc., which no longer exists.

WHEREFORE, for all of the reasons stated above, S.D. Warren, on behalf of itself and the other Served Defendants listed below, respectfully requests that this Court grant the assented-to motion extending the time for the Served Defendants and any defendant subsequently served to move, answer or otherwise respond to Plaintiff's Complaint in this action until, and including, twenty (20) days after the JPML enters an order ruling on the JPML Motion.

*Respectfully submitted*,

S.D. WARREN COMPANY

By its attorneys,

   /s/ Jane E. Willis
Jane E. Willis (BBO# 568024)
Ryan M. DiSantis (BBO# 654513)
  Ropes & Gray LLP
  One International Place
  Boston, MA 02110-2624
  (617) 951-7000
  (617) 951-7050 (facsimile)

OF COUNSEL:
Mark R. Merley
Julie B. Rottenberg
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5321
(202) 942-5999 (facsimile)

Assented to:

   /s/ Peter A. Pease / JEW with permission
Peter A. Pease (BBO# 392880)
  Berman DeValerio Pease Tabacco Burt & Pucillo
  One Liberty Square
  Boston, MA 02109
  (617) 542-8300
  (617) 542-1194
Counsel for Plaintiff Custom Printing of Willmar, Inc.

Dated: September 2, 2004

Other Joining Counsel for Defendants:

Michael E. Lackey, Jr.
Mayer, Brown, Rowe and Maw LLP
1909 K Street, NW
Washington, DC  20006-1101
(202) 263-3000
(202) 263-3300 (facsimile)
Counsel for Defendant Bowater Incorporated

Daniel Nelson
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 955-8500
(202) 467-0539 (facsimile)
Counsel for Defendant International Paper Co.

Kenneth W. Ritt
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901
(203) 977-7300
(203) 977-7301 (facsimile)
Counsel for Defendant Madison
International Sales Company

Mark G. Cunha
Edward D. Hassi
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017-3954
(212) 455-3382
(212) 455-2502 (facsimile)
Counsel for Defendant M-Real USA Corporation

Joseph A. Ostoyich
Howrey Simon Arnold and White, LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004-2402
(202) 383-7241
(202) 383-6610 (facsimile)
Counsel for Defendant
MeadWestvaco Corporation

-4-

Kenneth M. Kramer
Shearman and Sterling, LLP
599 Lexington Ave.
New York, NY 10022-6069
(212) 848-4000
(212) 848-7279 (facsimile)
Counsel for Defendant Norske Skog (USA) Inc.

Jesse W. Markham, Jr.
Morrison and Forester LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
(415) 268-7522 (facsimile)
Counsel for Defendant Norske Skog Canada (USA) Inc.

Hugh F. Bangasser
Preston, Gates & Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
206 623-7580
206 623-7022 (facsimile)
Counsel for Defendant Norske Skog North America, LLC

David Marx, Jr.
McDermott Will and Emery LLP
227 West Monroe
Chicago, IL 60606-5096
(312) 372-2000
(312) 984-7700 (facsimile)
Counsel for Defendant Stora Enso North America Corporation

## CERTIFICATE OF SERVICE

      I, Ryan M. DiSantis, hereby certify that a true copy of the foregoing was served electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) or mailed this 2nd day of September, 2004, by First Class Mail, postage prepaid, and addressed to:

Peter A. Pease
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
(617) 542-8300
(617) 542-1194 (facsimile)
Counsel for Plaintiff Custom Printing of Willmar, Inc.

Michael E. Lackey, Jr.
Mayer, Brown, Rowe and Maw LLP
1909 K Street, NW
Washington, DC  20006-1101
(202) 263-3000
(202) 263-3300 (facsimile)
Counsel for Defendant Bowater Incorporated

Daniel Nelson
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 955-8500
(202) 467-0539 (facsimile)
Counsel for Defendant International Paper Co.

Kenneth W. Ritt
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901
(203) 977-7300
(203) 977-7301 (facsimile)
Counsel for Defendant Madison
International Sales Company

Edward D. Hassi
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017-3954
(212) 455-3382
(212) 455-2502 (facsimile)
Counsel for Defendant M-Real USA Corporation

M-Real Corporation
P.O.B. 10, FIN-02020
METSA
FINLAND

Joseph A. Ostoyich
Howrey Simon Arnold and White, LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004-2402
(202) 383-7241
(202) 383-6610 (facsimile)
Counsel for Defendant
MeadWestvaco Corporation

Metsalitto Group
P.O.B. 10, FIN-02020
METSA
FINLAND

Metsalitto Cooperative
Revontulentie 6, FIN-0210
ESPOO
FINLAND

Myllykoski Corporation
Etelaesplanadi 20, FIN-00130
Helsinki
FINLAND

Kenneth M. Kramer
Shearman and Sterling, LLP
599 Lexington Ave.
New York, NY  10022-6069
(212) 848-4000
(212) 848-7279 (facsimile)
Counsel for Defendant Norske Skog (USA), Inc.

Jesse W. Markham, Jr.
Morrison and Forester LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-7000
(415) 268-7522 (facsimile)
Counsel for Defendant Norske Skog Canada (USA) Inc.

Hugh F. Bangasser
Preston, Gates & Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
(415) 268-7000
(415) 268-7522 (facsimile)
Counsel for Defendant Norske Skog NA, LLC

Norske Skogindustrier ASA
Okenoyveien 80
1326 Lysaker
NORWAY

Norske Skog Canada Limited
250 Howe Street, 16th Floor
Vancouver, BC V6C 3R8
CANADA

Sappi Limited
40 Amewshoff Street
Braamfontein
Johannesburg 2001
REPUBLIC OF SOUTH AFRICA

Adam J. Cohen
Lee D. Hoffman
Katherine A. Scanlon
Diane W. Whitney
Pullman & Comley, LLC
90 State House Square
Hartford, CT  06103-3702
(860) 424-4300
(860) 424-4370 (facsimile)
Counsel for Defendant Stora Enso North America Corporation

-9-

Stora Enso Oyj
Kanavaranta 1
FIN-00160, Helsinki
FINLAND

UPM-Kymmene Corporation
Etelaesplanadi 2, FIN-0013
Helsinki
FINLAND


   /s/ Ryan M. DiSantis
Ryan M. DiSantis