UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Custom Printing of Willmar, Inc., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>International Paper Co; MeadWestvaco Corp.; Norske Skogindustrier ASA; Norske Skog North America LLC; Norske Skog (USA), Inc.; Norske Skog (USA) Holdings, Inc.; Norske Skog Canada Limited; Norske Skog Canada (USA), Inc.; Stora Enso Oyj; Stora Enso North America Corporation; Sappi Limited; S.D. Warren Company; Metsälitto Group; Metsälitto Cooperative; M-real Corporation; M-real USA Corp.; UPM-Kymmene Corporation; Myllykoski Corporation; Madison International Sales Company; and Bowater, Inc.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 04-11583-GAO |

**NOTICE OF APPEARANCE**

Please enter the appearance of Ryan M. DiSantis of the law firm of Ropes & Gray LLP as counsel for Defendant S.D. Warren Company in the above-captioned matter. I am registered to receive filings electronically.

*Respectfully submitted*,

　/s/ Ryan M. DiSantis
Ryan M. DiSantis (BBO# 654513)
 Ropes & Gray LLP
 One International Place
 Boston, MA 02110-2624
 (617) 951-7000
 (617) 951-7050 (facsimile)

Dated: September 3, 2004

9531066_1.DOC

**CERTIFICATE OF SERVICE**

     I, Ryan M. DiSantis, hereby certify that a true copy of the foregoing was served electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) or mailed this 3rd day of September, 2004, by First Class Mail, postage prepaid, and addressed to:

Peter A. Pease
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
(617) 542-8300
(617) 542-1194 (facsimile)
Counsel for Plaintiff Custom Printing of Willmar, Inc.

Michael E. Lackey, Jr.
Mayer, Brown, Rowe and Maw LLP
1909 K Street, NW
Washington, DC 20006-1101
(202) 263-3000
(202) 263-3300 (facsimile)
Counsel for Defendant Bowater Incorporated

Daniel Nelson
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC 20036
(202) 955-8500
(202) 467-0539 (facsimile)
Counsel for Defendant International Paper Co.

Kenneth W. Ritt
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300
(203) 977-7301 (facsimile)
Counsel for Defendant Madison
International Sales Company

Edward D. Hassi
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017-3954
(212) 455-3382
(212) 455-2502 (facsimile)
Counsel for Defendant M-Real USA Corporation

M-Real Corporation
P.O.B. 10, FIN-02020
METSA
FINLAND

Joseph A. Ostoyich
Howrey Simon Arnold and White, LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004-2402
(202) 383-7241
(202) 383-6610 (facsimile)
Counsel for Defendant
MeadWestvaco Corporation

Metsalitto Group
P.O.B. 10, FIN-02020
METSA
FINLAND

Metsalitto Cooperative
Revontulentie 6, FIN-0210
ESPOO
FINLAND

Myllykoski Corporation
Etelaesplanadi 20, FIN-00130
Helsinki
FINLAND

Kenneth M. Kramer
Shearman and Sterling, LLP
599 Lexington Ave.
New York, NY  10022-6069
(212) 848-4000
(212) 848-7279 (facsimile)
Counsel for Defendant Norske Skog (USA), Inc.

Jesse W. Markham, Jr.
Morrison and Forester LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
(415) 268-7522 (facsimile)
Counsel for Defendant Norske Skog Canada (USA) Inc.

Hugh F. Bangasser
Preston, Gates & Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(415) 268-7000
(415) 268-7522 (facsimile)
Counsel for Defendant Norske Skog NA, LLC

Norske Skogindustrier ASA
Okenoyveien 80
1326 Lysaker
NORWAY

Norske Skog Canada Limited
250 Howe Street, 16th Floor
Vancouver, BC V6C 3R8
CANADA

Sappi Limited
40 Amewshoff Street
Braamfontein
Johannesburg 2001
REPUBLIC OF SOUTH AFRICA

Adam J. Cohen
Lee D. Hoffman
Katherine A. Scanlon
Diane W. Whitney
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
(860) 424-4300
(860) 424-4370 (facsimile)
Counsel for Defendant Stora Enso North America Corporation

Stora Enso Oyj
Kanavaranta 1
FIN-00160, Helsinki
FINLAND

UPM-Kymmene Corporation
Etelaesplanadi 2, FIN-0013
Helsinki
FINLAND

                                              /s/ Ryan M. DiSantis
                                              Ryan M. DiSantis