## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of:

    1.    ICS Corporation's Corporate Disclosure Statement

    2.    ICS Corporation's Motion for Consolidation of Coordination and Transfer Pursuant to § 1407

    3.    ICS Corporation's Memorandum in Support of it's Motion for Consolidation or Coordination and Transfer

were served via Federal Express on the 27th day of August 2004 on the following:

Sappi Limited
40 Ameshoff Street
Braamfontein
Johannesburg 2001
Republic of South Africa

Upm-Kymmene Corp.
Etlaesplanadi 2
FIN-0013
Helsinki, Finland

and by First Class mail on the 27th day of August 2004 on the following and attached Panel Attorney Service List:

Clerk of the Court
U.S. District Court for the District of Connecticut
141 Church St.
New Haven, CT 061510

Clerk of the Court
U.S. District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

345219.1

Clerk of the Court
U.S. District Court for the District of Minnesota
202 U.S. Courthouse
300 S. 4th St.
Minneapolis, MN 55415

Clerk of the Court
U.S. District Court for the Eastern District of Wisconsin
362 United States Courthouse
517 East Wisconsin Ave.
Milwaukee, WI 53202

Clerk of the Court
U.S. District Court for the Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612

Clerk of the Court
U.S. District Court for the Northern District of Illinois
Everett McKinley Dirksnen Building
219 S. Dearborn St.
Chicago, IL 60604

Clerk of the Court
U.S. District Court for the Southern District of Illinois
Kenneth Gray Federal Building & U.S. Courthouse
301 West Main St.
Benton, IL 62812

Clerk of the Court
U.S. District Court for the Western District of Washington
700 Stewart St.
Seattle, WA 98101

DAWN E. BEHRMANN

345219.1

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Page 1

Docket: 1631 - In re Publication Paper Antitrust Litigation
Status: Pending on / /
Transferee District:   Judge:

Printed on 08/25/2004

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Alioto, Mario N.<br>Trump, Alioto, Trump & Prescott, L.L.P.<br>2280 Union Street<br>San Francisco, CA 94123 | ⇒ T&W Printing, Inc.* |
| Bangasser, Hugh F.<br>Preston, Gates & Ellis, LLP<br>925 Fourth Avenue<br>Suite 2900<br>Seattle, WA 98104-1158 | ⇒ Norske Skog NA, LLC* |
| Berman, Steve W.<br>Hagens Berman, LLP<br>1301 Fifth Avenue<br>Suite 2929<br>Seattle, WA 98101 | ⇒ MMP BALA, Inc. |
| Bruckner, W. Joseph<br>Lockridge, Grindal & Nauen P.L.L.P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | ⇒ Austin Printing Co., Inc.* |
| Dove, Thomas P.<br>The Furth Firm, LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-2303 | ⇒ Gardella, Jr. (fdba FCP Webindery, Inc.), Charles J.* |
| Edelstein Fait, Mary J.<br>Wolf, Haldenstein, Adler, Freeman & Herz<br>656 West Randolph Street<br>Suite 500W<br>Chicago, IL 60661 | ⇒ Three Z Printing Co. |
| Greenfogel, Steven J.<br>Meredith, Cohen, Greenfogel & Skirnick, P.C.<br>117 South 17th Street<br>22nd Floor - Architects Building<br>Philadelphia, PA 19103 | ⇒ Acron/Parliament Paper Inc.* |
| Kilo, John<br>Klutho, Cody, et al.<br>5840 Oakland Ave.<br>St. Louis, MO 63110 | ⇒ Nies Artcraft Co., Inc. |
| Kohn, Joseph C.<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107 | ⇒ Newtown Business Forms Corp.* |
| Kramer, Kenneth M.<br>Shearman & Sterling, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | ⇒ Norske Skog (USA), Inc.* |
| Lackey, Jr, Michael E. | ⇒ Bowater, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

AUG. 25. 2004 12:09PM Case 1:04-cv-11583-GAO Document 14 Filed 08/31/2004 NO. 3776 Page 4 of 8
(Panel Attorney Service List for MDL 1,631 Continued)

Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Mayer, Brown, Rowe & Maw, LLP<br>1909 K. Street N.W.<br>Washington, DC 20006 | |
| M-Real USA Corp.,<br>C/o C. T. Corporation System<br>One Commercial Plaza<br>Hartford, CT 06103 | ⇒ M-Real USA Corp. |
| Markham, Jesse W.<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105 | ⇒ Norske Skog Canada (USA), Inc.*; Norske Skog Canada, Ltd.* |
| Marx, Jr, David<br>McDermott, Will & Emery, LLP<br>227 W. Monroe Street<br>Chicago, IL 60606-5096 | ⇒ Stora Enso North America Corp.*; Stora Enso OYJ* |
| Merley, Mark R.<br>Arnold & Porter, LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004 | ⇒ S.D. Warren Co.* |
| Nelson, Daniel W.<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 | ⇒ International Paper Co., Inc.* |
| Norske Skog (USA) Holding, Inc.<br>c/o Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | ⇒ Norske Skog (USA) Holdings, Inc. |
| Ostoyich, Joseph A.<br>Howrey & Simon<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | ⇒ MeadWestvaco Corp.* |
| Ritt, Kenneth<br>Day, Berry & Howard, LLP<br>1 Canterbury Green<br>Stamford, CT 06901 | ⇒ Madison International Sales Co.*; Myllykoski Corp.* |
| Rosen, Mark R.<br>Barrack,rodos&bacine<br>Two Commerce Square<br>2001 Market Street<br>Suite 3300<br>Philadelphia, PA 19103 | ⇒ Weiss (fdba Forms, Inc.), Larry* |
| Sappi Limited,<br>40 Amoshoff Street<br>Braamfontein<br>Johannesburg 2001<br>Republic of South Africa | ⇒ Sappi Ltd. |
| Upm-Kymmene Corp,<br>Etelaesplanadi 2 | ⇒ UPM-Kymmene Corp. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| FIN-0013 | |
| Helsinki, Finland | |

Note: Please refer to the report title page for complete report scope and key.

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PUBLICATION PAPER ANTITRUST LITIGATION | MDL Docket No. 1631 |

## CORPORATE DISCLOSURE STATEMENT FOR ICS CORPORATION

Plaintiff ICS Corporation respectfully submits to the Panel its Corporate Disclosure Statement, pursuant to Rule 5.3 of the Rules of the Judicial Panel on Multidistrict Litigation, as follows:

1. ICS Corporation is a Pennsylvania corporation that has no parent corporations.

2. No publicly-held company owns ten percent (10%) or more of ICS Corporation.

344926.1

- 1 -

Dated: August __, 2004

By: _____
    Robert G. Eisler
Elizabeth H. Cronise
Jennifer Gross
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue
48th Floor
New York, NY 10017
Telephone: (212) 355-9500

Joseph Garrison
Ethan Levin-Epstein
GARRISON LEVIN-EPSTEIN CHIMES
& RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Telephone: (203) 777-4425

James B. Brown
HERUM CRABTREE BROWN
2291 West March Lane, Suite B100
Stockton, CA 95207
Telephone: (209) 472-7700

Natalie Finkelman Bennett
SHEPHERD FINKELMAN MILLER & SHAH
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880

Kim D. Stephens
Beth Terrell
TOUSLEY BRAIN STEPHENS, PLLC
700 Fifth Avenue, Suite 5600
Seattle, WA 98104-5056
Telephone: (206) 682-5600


Attorneys for Plaintiff ICS Corporation.

344926.1

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of August, 2004, a true and correct copy of the foregoing Corporation Disclosure Statement for ICS Corporation was served by first class U.S. mail on the following:

[See attached Service List]

and to

United States District Court for the District of Connecticut
Attention: The Honorable Stefan R. Underhill
141 Church Street
New Haven, CT 06510

_____
Elizabeth H. Cronise
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592