# BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

ATTORNEYS AT LAW

ONE LIBERTY SQUARE
BOSTON, MA 02109
TEL: (617) 542-8300
FAX: (617) 542-1194

WWW.BERMANESQ.COM
LAW@BERMANESQ.COM

425 CALIFORNIA STREET, SUITE 2100
SAN FRANCISCO, CA 94104
TEL: (415) 433-3200
FAX: (415) 433-6382

515 NORTH FLAGLER DRIVE, SUITE 1701
WEST PALM BEACH, FL 33401
TEL: (561) 835-9400
FAX: (561) 835-0322

September 15, 2004
**BY ELECTRONIC COURT FILING**

Clerk of the Court
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02210

RE:  **Custom Printing of Willmar, Inc. v. International Paper Co., et al**
     **Civil Action No. 04-11583 (GAO)**

Dear Sir or Madam:

Please find enclosed page 23 of the above Complaint filed on July 15, 2004 listing counsel representing Plaintiff Custom Printing of Willmar, Inc. This page was either not included in our initial filing or became detached at some point along the way. Please attach it to the complaint and add counsel to your service list.

Thank you for your assistance.

Sincerely,

Peter A. Pease

cc:  All Counsel on the Attached Service List

G:\AntiTrust\PublicationPaper\Corresp\court-9-15-04.doc

## SERVICE LIST

Jane E. Willis, Esq.
Ryan M. DiSantis, Esq.
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110

Mark R. Merley, Esq.
Julie B. Rottenberg, Esq.
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004

*Counsel for Defendant S.D. Warren Company*

David Marx, Jr., Esq.
**MCDERMOTT WILL AND EMERY LLP**
227 West Monroe
Chicago, IL 60606

*Counsel for Defendant Stora Enso North America Corporation*

Marc G. Cunha, Esq.
Edward D. Hassi
**SIMPSON THATCHER & BARTLETT, LLP**
425 Lexington Avenue
New York, NY 10017

*Counsel for Defendant M-Real USA Corporation*

Joseph A. Ostoyich
**HOWREY SIMON ARNOLD AND WHITE LLP**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004

*Counsel for Defendant MeadWestvaco Corporation*

Kenneth M. Kramer, Esq.
**SHEARMAN AND STERLING, LLP**
599 Lexington Avenue
New York, NY 10022

*Counsel for Defendant Norske Skog (USA), Inc.*

Jesse W. Markham, Jr., Esq.
**MORRISON AND FORESTER LLP**
425 Market Street
San Francisco, CA 94105

*Counsel for Defendant Norske Skog Canada (USA)*

Hugh F. Bangasser, Esq.
**PRESTON, GATES & ELLIS LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

*Counsel for Defendant Norske Skog NA, LLC*

Adam J. Cohen, Esq.
Lee D. Hoffman, Esq.
Katherine A. Scanlon, Esq.
Diane W. Whitney, Esq.
**PULLMAN & COMLEY LLC**
90 State House Square
Hartford, CT 06103-3702

*Counsel for Defendant Stora Enso North America Corporation*

Samuel D. Heins, Esq.
Vincent J. Esades, Esq.
Kay Kelly, Esq.
**HEINS MILLS & OLSON, P.L.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402

Mark Wermerskirchen, Esq.
**DARVAL, WERMERSKIRCHEN
& FRANK, P.A.**
Appletree Square
1601 East Highway 12
P.O. Box 1175
Willmar, MN 56201

*Counsel for Plaintiff Custom Printing of Willmar, Inc.*

Metsalitto Group
P.O.B 10, FIN-02020
METSA
FINLAND

Sappi Limited
40 Amewshoff Street
Braamfontein
Johannesburg 2001
REPUBLIC OF SOUTH AFRICA

M-Real Corporation
 P.O.B. 10, FIN-02020
METSA
FINLAND

Stora Enso Oyj
Kanavaranta 1
FIN-00160, Helsinki
FINLAND

UPM-Kymmene Corporation
Etelaesplanadi 2, FIN-0013
Helsinki
FINLAND

Metsalitto Cooperative
Revontulentie 6, FIN-0210
ESPOO
FINLAND

Myllykoski Corporation
Etelaesplanadi 20, FIN-00130
Helsinki
FINLAND

Norske Skogindustrier ASA
Okenoyveien 80
1326 Lysaker
NORWAY

Norske Skog Canada Limited
250 Howe Street, 16th Floor
Vancouver, BC V6C 3R8
CANADA

3