Joseph J. Tabacco, Jr.
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Mark Wermerskirchen
**DARVAL, WERMERSKIRCHEN & FRANK, P.A.**
Appletree Square
1601 East Highway 12
P.O. Box 1175
Willmar, MN 56201
Telephone: (320) 235-1876
Facsimile: (320) 235-1934