<pre>
AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99
</pre>

# United States District Court

DISTRICT OF Massachusetts

Custom Printing of Willmar, Inc., on behalf of itself
and all others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

International Paper Co, et al.

**04 11583 GAO**

TO: (Name and address of defendant)

M-Real USA Corp.
201 Merritt 7
Norwalk, Connecticut 06851

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Pease, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
(617) 542-8300

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

JUL 1 5 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
           Date                                Signature of Server

                                              _____
                                              Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| CUSTOM PRINTING OF WILLMAR, INC., ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED<br>Plaintiff(s), Petitioner(s)<br><br>against<br><br>INTERNATIONAL PAPER COMPANY<br>Defendant(s), Respondent(s) | CLIENT: APS<br>INDEX NO.: 04 11583 GAO<br>DATE OF FILING: 7/15/2004<br>JUSTICE: 067794-0002<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **August 25, 2004 at 2:25 PM at c/o CT Corporation, One Commercial Plaza, Hartford, CT 06103**, deponent served the **Summons In a Civil Case; Class Action Complaint** upon **M-Real USA Corp**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In a Civil Case; Class Action Complaint** with **Mary Foran** a person who is known to be the **authorized agent** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In a Civil Case; Class Action Complaint.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160 lbs**
Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Rich Zechiel, Private Process Server

Sworn to before me on August 25, 2004

_____
Notary Public
My Commission Expires: 08/31/2009

