AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF _____ Massachusetts _____

Custom Printing of Willmar, Inc., on behalf of itself
and all others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

International Paper Co, et al.

CASE NUMBER: 04 11583 GAO

TO: (Name and address of defendant)

Norske Skog Canada (USA), Inc.
1011 Western Avenue, Suite 700
Seattle, Washington 98104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Pease, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
(617) 542-8300

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE   JUL 1 5 2004

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8-25-04 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __818 W. 7th St. Los Angeles CA 90017__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8-25-04__
      Date

Signature of Server

Address of Server: __PO Box 7076 Fullerton CA 92834__

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Custom Printing of Wilmar, Inc., et. al., Plaintiff(s)
vs.
International Paper Co., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

BERMAN, DEVALERIO, ET AL
Mr. John B. Clark
One Liberty Square, 8th Floor
Boston, MA 02109-4825

--Norske Skog Canada (USA), Inc.
Court Case No. 04-11583 GAO

State of: __Calif.__ ) ss.
County of: __Orange__ )

Name of Server: __W.H. Gelnaw__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the __25__ day of __Aug.__, 20 __04__, at __2:40__ o'clock __p__ M

Place of Service: at __c/O CT Corp., 818 W 7th St.__, in __Los Angeles, CA 90017__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Norske Skog Canada (USA), Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Mara Velasco, authorized agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __f__ ; Skin Color __hisp__ ; Hair Color __brn__ ; Facial Hair ____
Approx. Age __26__ ; Approx. Height __5'6__ ; Approx. Weight __160__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct

Subscribed and sworn to before me this __27__ day of __aug.__, 20 __04__

_____  _____
Signature of Server  (Date)

_____  _____
Notary Public  (Commission Expires)

**APS International, Ltd.**
APS File #: 067794-0003

SANDY M. GELNAW
Commission # 1346970
Notary Public - California
Orange County
My Comm. Expires Mar 27, 2006