AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____ Massachusetts _____

Custom Printing of Willmar, Inc., on behalf of itself
and all others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

International Paper Co, et al.

04 11583 GAO

TO: (Name and address of defendant)

Bowater, Inc.
55 East Camperdown Way
Greenville, South Carolina 29602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Pease, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
(617) 542-8300

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

JUL 1 5 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>8/25/04 @ 11:45 am |
| NAME OF SERVER (PRINT)<br>ROBERT DELACY III | TITLE<br>SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED DOT GEDNEY, AUTHORIZED TO ACCEPT SERVICE, FOR CSC, 2711 CENTERVILLE RD., STE. 400, WILMINGTON, DE 19808, REGISTERED AGENT FOR BOWATER, INC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/25/04
              Date

Signature of Server
APS INTERNATIONAL
7800 Glenroy Rd.
Minneapolis, MN 55439
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Custom Printing of Wilmar, Inc., et. al., Plaintiff(s)
vs.
International Paper Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bowater, Inc.
Court Case No. 04-11583 GAO

BERMAN, DEVALERIO, ET AL
Mr. John B. Clark
One Liberty Square, 8th Floor
Boston, MA 02109-4825

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ROBERT DELACY III, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 25th day of AUGUST, 2004, at 11:45 o'clock A.M

**Place of Service:** at CSC, 2711 Centerville Rd., Ste. 400, in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Bowater, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: DOT GEDNEY, AUTHORIZED TO ACCEPT SERVICE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color WHITE , Facial Hair ____
Approx. Age 55 ; Approx. Height 5'7" ; Approx. Weight 155 lbs

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_ 8/25/04
Signature of Server (Date)

Subscribed and sworn to before me this 25th day of AUGUST, 20 04

_signature_
Notary Public (Commission Expires)

**APS International, Ltd.**
APS File #: 067794-0001