AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____ Massachusetts _____

Custom Printing of Willmar, Inc., on behalf of itself
and all others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04 11583 GAO

International Paper Co, et al.

TO: (Name and address of defendant)

NorskeSkog (USA) Holdings, Inc.
2507 Post Road
Southport, CT 06890

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Pease, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
(617) 542-8300

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    JUL 1 5 2004
CLERK                                           DATE

(BY) DEPUTY CLERK [signature]

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8/25/04 @ 11:25 am |
| NAME OF SERVER *(PRINT)* ROBERT DELACY III | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)*: SERVED ALAN STACHURA, SR. TEAM LEADER, AUTHORIZED TO ACCEPT SERVICE, AT C. T. CORPORATION, 1209 ORANGE ST., WILM., DE. 19801, REGISTERED AGENT FOR NORSKE SKOG (USA) HOLDINGS, INC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/25/04
    Date

Signature of Server

APS INTERNATIONAL
7800 GLENROY RD
MINNEAPOLIS, MN   55439
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Custom Printing of Wilmar, Inc., et. al., Plaintiff(s)
vs.
International Paper Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Norske Skog (USA) Holdings, Inc.
Court Case No. 04-11583 GAO

BERMAN, DEVALERIO, ET AL
Mr. John B. Clark
One Liberty Square, 8th Floor
Boston, MA 02109-4825

State of: DELAWARE ) ss.
County of: NEW CASTLE )

**Name of Server:** ROBERT DELACY, III, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 25th day of AUGUST, 20 04, at 11:25 o'clock A. M

**Place of Service:** at c/o CT Corp., 1209 Orange St., in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Norske Skog (USA) Holdings, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: ALAN STACHURA, SR. TEAM LEADER

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BLONDE ; Facial Hair
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 180 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Robert Delacy_  8/25/04
Signature of Server    (Date)

Subscribed and sworn to before me this 25th day of AUGUST, 20 04

_Anne M._ [Notary signature]
Notary Public

[Notary Seal: ANNE M. FRANCIA, EXPIRES MARCH 14, 2007, NOTARY PUBLIC, STATE OF DELAWARE]

**APS International, Ltd.**
APS File #: 067794-0001