IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Custom Printing of Willmar, Inc., on behalf of itself and all others similarly situated, | ) ) ) |
| | ) CIVIL ACTION NO.: 04-11583 |
| Plaintiff, | ) ) |
| vs. | ) **WAIVER OF SERVICE OF** ) **SUMMONS** ) |
| International Paper Co; MeadWestvaco Corp.; Norske Skogindustrier ASA; Norske Skog North America LLC; Norske Skog (USA), Inc.; Norke Skog (USA) Holdings, Inc.; Norske Skog Canada Limited; Norske Skog Canada (USA), Inc.; Stora Enso Oyj; Stora Enso North America Corporation; Sappi Limited; S.D. Warren Company; Metsälitto Group; Metsälitto Cooperative; M-real Corporation; M-real USA Corp.; UPM-Kymmene Corporation; Myllykoski Corporation; Madison International Sales Company; and Bowater, Inc. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

TO:   Jonathan Troupp, representing Madison International Sales Company

     I acknowledge receipt of your request that I waive service of a summons in the action of Custom Printing of Willmar, Inc., et al. v. International Paper Co., et al., which is case number 04-11583-GAO in the United States District Court for the District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by FRCP Rule 4.

     My client will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court, except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 3, 2004.

8/6/04
Date

*Jonath B. Tropp*
Signature

JONATHAN B. TROPP
Printed/typed name:

in my capacity as: Counsel

for of (entity name): Madison International Sales Co.