BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PUBLICATION PAPER ANTITRUST LITIGATION | MDL DOCKET NO. 1631 |

PLAINTIFF MMP BALA, INC.'S WITHDRAWAL OF MOTION TO
TRANSFER TO THE WESTERN DISTRICT OF WASHINGTON

Plaintiff MMP Bala, Inc. hereby withdraws its "Motion to Transfer and Consolidate in the Western District of Washington, and Opposing Plaintiff Charles J. Gardella Jr.'s Motion to Transfer and Consolidate." Plaintiff MMP Bala, Inc. does not oppose a transfer and consolidation of its action and related antitrust actions to the District of Connecticut pursuant to 28 U.S.C. § 1407.

Dated: September 17, 2004

HAGENS BERMAN LLP

By: _____
Steve W. Berman
Anthony D. Shapiro
1301 Fifth Ave., Suite 2900
Seattle, WA 98101
(206) 623-7292
(206) 623-0594 (fax)

- 1 -

Ken Zylstra
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706
(610) 667-7056 (fax)

Krishna B. Narine
**LAW OFFICES OF KRISHNA B. NARINE**
7839 Montgomery Avenue, Third Floor
Elkins Park, PA  19027
(215) 782-3240
(215) 782-3241 (fax)

Isaac L. Diel
**DIEL & SEELMAN, P.C.**
4121 W. 83rd Street, Suite 254
Prairie Village, Kansas 66208
(913) 383-8711
(913) 383-8712 (fax)

Daniel R. Karon
**WEINSTEIN, KITCHENOFF, SCARLATO, KARON & GOLDMAN, LTD.**
55 Public Square, Suite 1500
Cleveland, Ohio 44113-1998
(216) 622-1851
(216) 622-1852 (fax)

Attorneys for Plaintiff MMP Bala, Inc.

1790.10 0003 MTN.DOC

## CERTIFICATE OF SERVICE

I, Dawn Van Diest, hereby certify that a true and correct copy of the foregoing "Withdrawal of Motion to Transfer" was served on September 17, 2004, via First Class U.S. Mail (unless otherwise noted), on the parties listed below, and the parties on the attached Panel Attorney Service List and Supplemental Service List.

DATED: September 17, 2004

*Dawn Van Diest*
Dawn Van Diest

| | |
|---|---|
| Clerk of the Court<br>U.S.D.C., District of Connecticut<br>141 Church Street<br>New Haven, CT  061510 | *Acorn/Parliament Paper; Copyright, Inc.; Digital Color Imaging; Gardella; Hyman; ICS Corp; Reynolds; Technolith; Twin Palms; Weiss* |
| Clerk of the Court<br>U.S.D.C., District of Massachusetts<br>1 Courthouse Way<br>Boston, MA  02210 | *Custom Printing* |
| Clerk of the Court<br>U.S.D.C., District of Minnesota<br>202 U.S. Courthouse<br>300 South 4th Street<br>Minneapolis, MN  55415 | *Newton Business Forms* |
| Clerk of the Court<br>U.S.D.C., Eastern Dist. of Wisconsin<br>362 U.S. Courthouse<br>517 E. Wisconsin Ave.<br>Milwaukee, WI  53202 | *Austin Printing Co.* |
| Clerk of the Court<br>U.S.D.C., Northern Dist. of California<br>1301 Clay St., Suite 400S<br>Oakland, CA  94612 | *T&W Printing* |

| | |
|---|---|
| Clerk of the Court<br>U.S.D.C., North Dist. of Illinois<br>Everett McKinley Dirksnen Building<br>219 S. Dearborn St.<br>Chicago, IL 60604 | *Kukla*; *Service Web Offset Corp.* |
| Clerk of the Court<br>U.S.D.C., Southern Dist. of Illinois<br>Kenneth Gray Federal Bldg. & U.S. Courthouse<br>301 West Main St.<br>Benton, IL 62812 | *Nies Aircraft Co.*; *Three Z Printing Co.* |
| Clerk of the Court<br>U.S.D.C., District of New Jersey<br>Mitchell H. Cohen Federal Bldg.<br>1 John F. Gerry Plaza<br>Camden, NJ 08101 | *Citation Graphics*; *DCI* |
| Clerk of the Court<br>U.S.D.C., Northern Dist. of Ohio<br>801 West Superior Ave.<br>Cleveland, OH 44133 | *Champion Printing* |
| **VIA ELECTRONIC FILING**<br>Clerk of the Court<br>U.S.D.C., Western Dist. of Washington<br>700 Stewart Street<br>Seattle, WA 98101 | *MMP Bala, Inc.* |

SEP. 7. 2004 3:50PM    JPML                                    NO. 8033   P. 2/4
Judicial Panel on Multidistrict Litigation - Panel Attorney Service List                                            Page 1

Case 1:04-cv-11583-GAO    Document 25    Filed 09/20/2004    Page 5 of 18

Docket: 1631 - In re Publication Paper Antitrust Litigation
Status: Pending on / /
Transferee District:           Judge:

Printed on 09/07/2004

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Alioto, Mario N.<br>Trump, Alioto, Trump & Prescott, L.L.P.<br>2280 Union Street<br>San Francisco, CA 94123 | => T&W Printing, Inc.* |
| Bangasser, Hugh P.<br>Preston, Gates & Ellis, LLP<br>925 Fourth Avenue<br>Suite 2900<br>Seattle, WA 98104-1158 | => Norske Skog NA, LLC* |
| Berman, Steve W.<br>Hagens Berman, LLP<br>1301 Fifth Avenue<br>Suite 2929<br>Seattle, WA 98101 | => MMP BALA, Inc. |
| Bruckner, W. Joseph<br>Lockridge, Grindal & Nauen P.L.L.P<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2179 | => Austin Printing Co., Inc.* |
| Dove, Thomas P.<br>The Furth Firm, LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-2303 | => Gardella, Jr. (fdba FCP Webindery, Inc.), Charles J.* |
| Edelstein-Fait, Mary Jane<br>Wolf, Haldenstein, Adler, Freeman & Herz<br>656 West Randolph Street<br>Suite 500W<br>Chicago, IL 60661 | => Three Z Printing Co. |
| Greenfogel, Steven J.<br>Meredith, Cohen, Greenfogel & Skirnick, P.C.<br>117 South 17th Street<br>22nd Floor - Architects Building<br>Philadelphia, PA 19103 | => Acron/Parliament Paper Inc.* |
| Kito, John<br>Klutho, Cody, et al.<br>5840 Oakland Ave.<br>St. Louis, MO 63110 | => Nies Artcraft Co., Inc. |
| Kohn, Joseph C.<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107 | => Newtown Business Forms Corp.* |
| Kramer, Kenneth M.<br>Shearman & Sterling, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | => Norske Skog (USA), Inc.* |
| Luckey, Jr, Michael E. | => Bowater, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Mayer, Brown, Rowe & Maw, LLP<br>1909 K. Street N.W.<br>Washington, DC 20006 | |
| M-Real USA Corp.,<br>C/o C. T. Corporation System<br>One Commercial Plaza<br>Hartford, CT 06103 | => M-Real USA Corp. |
| Markham, Jesse W.<br>Morrison & Foerster, LLP<br>425 Market Street<br>San Francisco, CA 94105 | => Norske Skog Canada (USA), Inc.*; Norske Skog Canada, Ltd.* |
| Marx, Jr, David<br>McDermott, Will & Emery, LLP<br>227 W. Monroe Street<br>Chicago, IL 60606-5096 | => Stora Enso North America Corp.*; Stora Enso OYJ* |
| Merley, Mark R.<br>Arnold & Porter, LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004 | => S.D. Warren Co.* |
| Nelson, Daniel W.<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 | => International Paper Co., Inc.* |
| Norske Skog (USA) Holding, Inc.<br>c/o Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | => Norske Skog (USA) Holdings, Inc. |
| Ostoyich, Joseph A.<br>Howrey & Simon<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => MeadWestvaco Corp.* |
| Ritt, Kenneth<br>Day, Berry & Howard, LLP<br>1 Canterbury Green<br>Stamford, CT 06901 | => Madison International Sales Co.*; Myllykoski Corp.* |
| Rosen, Mark R.<br>Barrack, rodos&bacine<br>Two Commerce Square<br>2001 Market Street<br>Suite 3300<br>Philadelphia, PA 19103 | => Weiss (fdba Forms, Inc.), Larry* |
| Sappi Limited,<br>40 Ameshoff Street<br>Braamfontein<br>Johannesburg 2001<br>Republic of South Africa | => Sappi Ltd. |
| Upm-Kymmene Corp,<br>Etelaesplanadi 2 | => UPM-Kymmene Corp. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

FIN-0013
Helsinki, Finland

---

Note: Please refer to the report title page for complete report scope and key.

SUPPLEMENTAL SERVICE LIST – MDL 1631

| Attorney | Represented Party(s) |
|---|---|
| Brian P. Daniels<br>**Brenner Saltzman & Wallman, LLP**<br>271 Whitney Avenue<br>P.O. Box 1746<br>New Haven, CT 06507-1746<br><br>Steven J. Greenfogel<br>Daniel B. Allanoff<br>**Meredith Cohen Greenfogel & Skirnick, P.C.**<br>117 S. 17th Street, 22nd Floor<br>Philadelphia, PA 19103<br><br>Robert A. Skirnick<br>**Meredith Cohen Greenfogel & Skirnick, P.C.**<br>One Liberty Plaza, 35th Floor<br>New York, NY 10006<br><br>Steven A. Kanner<br>William H. London<br>**Much Shelist Freed Denenberg Ament & Rubenstein, P.C.**<br>191 North Wacker Dr., Suite 1800<br>Chicago, IL 60606<br><br>Ira N. Richards<br>**Trujillo Rodriguez & Richards, LLP**<br>The Penthouse<br>226 W. Rittenhouse Square<br>Philadelphia, PA 19103<br><br>Andrew B. Sacks<br>John K. Weston<br>**Sacks, Weston, Smolinsky, Albert & Luber**<br>510 Walnut Street<br>Philadelphia, PA 19106 | Plaintiffs in *Acorn/Parliament Paper Inc.* |
| W. Joseph Bruckner<br>**Lockridge, Grindal & Nauen**<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 55401-2179 | Plaintiffs in *Austin Printing Co., Inc.* and *Newton Business Forms* |

1790.10 0005 BSC.DOC

| Attorney | Represented Party(s) |
|---|---|
| Ann D. White<br>**Mager White & Goldstein LLP**<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046<br><br>Garrett D. Blanchfield<br>**Reinhardt Wendorf & Blanchfield**<br>E-1250 First National Bank Bldg.<br>322 Minnesota Street<br>St. Paul, MN 55101<br><br>Susan G. Kupfer<br>**Glancy Binkow & Goldberg LLP**<br>455 Market St., Suite 1810<br>San Francisco, CA 94105<br><br>Eugene A. Spector<br>Jeffrey J. Corrigan<br>**Spector Roseman & Kodroff, PC**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 | Plaintiffs in *Champion Printing Corp.* |
| Allyn Z. Lite<br>Bruce D. Greenberg<br>**Lite DePalma Greenberg & Rivas LLC**<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br><br>Bryan L. Clobes<br>**Miller Faucher and Cafferty LLP**<br>One Logan Square, Suite 1700<br>18th and Cherry Streets<br>Philadelphia, PA 19103 | Plaintiffs in *Citation Graphics, Inc.* and *DCI, Inc.* |
| Robert S. Schachter<br>Joseph Lipofsky<br>**Zwerling Schachter & Zwerling LLP**<br>845 Third Avenue<br>New York, NY 10022 | Plaintiffs in *Citation Graphics, Inc.* |
| David R. Schaefer<br>Brian P. Daniels<br>**Brenner, Saltzman & Wallman**<br>271 Whitney Avenue<br>New Haven, CT 06511 | Plaintiffs in *Copyrite, Inc.* and *Digital Color Imaging* |

| Attorney | Represented Party(s) |
|---|---|
| Bernard Persky<br>Hollis L. Salzman<br>**Goodkind Labaton, Rudoff & Sucharow, LLP**<br>100 Park Avenue, 12th Floor<br>New York, NY  10017-5563<br><br>Susan LaCava<br>**Susan LaCava, S.C.**<br>23 N. Pinckney, Suite 300<br>Madison, WI  53703<br><br>Nicholas E. Chimicles<br>Michael D. Gottsch<br>**Chimicles & Tikellis LLP**<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA  19041 | Plaintiffs in *Copyrite, Inc.* |
| Peter A. Pease<br>**Berman DeValerio Pease Tabacco Burt & Pucillo**<br>One Liberty Square<br>Boston, MA  02109<br><br>Samuel D. Heins<br>Vincent J. Esades<br>**Heins Mills & Olson**<br>3550 IDS Center<br>80 South Eighth St.<br>Minneapolis, MN  55402 | Plaintiffs in *Custom Printing of Willmar* |
| Michael D. Hausfeld<br>Stewart M. Weltman<br>**Cohen Milstein Hausfeld & Toll**<br>1100 New York Ave., N.W., Suite 500<br>Washington, D.C. 20005-3964<br><br>Linda P. Nussbaum<br>**Cohen Milstein Hausfeld & Toll**<br>825 Third Ave., 30th Floor<br>New York, NY  10022<br><br>Donald L. Perelman<br>**Fine, Kaplan and Black, RPC**<br>1845 Walnut Street, 23rd Floor<br>Philadelphia, PA  19103 | Plaintiffs in *Digital Color Imaging* |

| Attorney | Represented Party(s) |
|---|---|
| Arthur N. Bailey<br>**Arthur N. Bailey & Associates**<br>111 West Second St., Suite 4500<br>Jamestown, NY 14701 | |
| Thomas P. Dove<br>Jon T. King<br>**The Furth Firm, LLP**<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-2303 | Plaintiffs in *Gardella, Jr.* and *Technolith* and *Reynolds* |
| Andrew M. Schatz<br>**Schatz & Nobel, P.C.**<br>One Corporate Center<br>20 Church St., Suite 1700<br>Hartford, CT 06103 | Plaintiffs in *Gardella, Jr.* and *Technolith* and *Weiss* and *Hyman* and *Reynolds* |
| George Frost<br>Bruce Wecker<br>**Hosie Frost Large & McArthur**<br>One Market<br>Spear Street Tower, 22nd Floor<br>San Francisco, CA 94105 | Plaintiffs in *Hyman* |
| Joseph Garrison<br>**Garrison Levin-Epstein Chimes<br>  & Richardson, P.C.**<br>405 Orange Street<br>New Haven, CT 06511<br><br>Robert G. Eisler<br>Elizabeth H. Cronise<br>**Lieff, Cabraser, Heimann & Berstein**<br>780 Third Avenue, 48th Floor<br>New York, NY 10017<br><br>James B. Brown<br>**Herum Crabtree Brown**<br>2291 W. March Lane, Suite B100<br>Stockton, CA 95207<br><br>Natalie Finkelman Bennett<br>**Shepherd Finkelman Miller & Shah**<br>35 East State St.<br>Media, PA 19063 | Plaintiffs in *ICS Corp.* |

1790.10 0005 BSC.DOC

| Attorney | Represented Party(s) |
|---|---|
| Kim D. Stephens<br>Beth Terrell<br>**Tousley Brain Stephens, PLLC**<br>700 Fifth Ave., Suite 5600<br>Seattle, WA 98104 | |
| Robert E. Davy, Jr.<br>**Robert E. Davy, Jr. & Associates**<br>11 East Adams St., Suite 1600<br>Chicago, IL 60603<br><br>John A. Cochrane<br>**Cochrane and Bresnahan, P.A.**<br>24 East 4th Street<br>St. Paul, MN 55102 | Plaintiffs in *Kukla Press, Inc.* |
| Ken Zylstra<br>**Schiffrin & Barroway, LLP**<br>Three Bala Plaza, Suite 400<br>Bala Cynwyd, PA 19004<br><br>Krishna B. Narine<br>**Law Offices of Krishna B. Narine**<br>7839 Montgomery Avenue, Third Floor<br>Elkins Park, PA 19027<br><br>Isaac L. Diel<br>**Diel & Seelman, P.C.**<br>4121 W. 83rd Street, Suite 254<br>Prairie Village, KS 66208 | Plaintiffs in *MMP Bala, Inc.* |
| Daniel R. Karon<br>**Weinstein, Kitchenoff, Scarlato, Karon & Goldman, LTD.**<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113-1998 | Plaintiffs in *MMP Bala, Inc.* and *Champion Printing Corp.* |
| Joseph C. Kohn<br>Douglas A. Abrahams<br>**Kohn, Swift & Graf, P.C.**<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107 | Plaintiffs in *Newton Business Forms Corp.* |

| Attorney | Represented Party(s) |
|---|---|
| Guido Saveri<br>**Saveri & Saveri, Inc.**<br>111 Pine St., Suite 1700<br>San Francisco, CA 94111-5630 | Plaintiffs in *Reynolds* |
| Gary L. Specks<br>**Kaplan Fox & Kilsheimer LLP**<br>203 North LaSalle St.<br>Chicago, IL 60601<br><br>Robert N. Kaplan<br>**Kaplan Fox & Kilsheimer LLP**<br>805 Third Avenue<br>New York, NY 10022 | Plaintiffs in *Service Web Offset* |
| James B. Sloan<br>**Pedersen & Houpt, P.C.**<br>161 North Clark St., Suite 3100<br>Chicago, IL 60601-3242<br><br>William T. Gotfryd<br>**Susman & Watkins**<br>Two First National Plaza<br>20 South Clark St., Suite 600<br>Chicago, IL 60603 | Plaintiffs in *Service Web Offset* and *Kukla Press, Inc.* |
| Mary Jane Edelstein Fait<br>**Wolf Haldenstein Adler Freeman & Herz**<br>656 West Randolph Street, Suite 500W<br>Chicago, IL 60661<br><br>John A. Kilo<br>**Kilo Flynn Billingsley Trame & Brown, P.C.**<br>5840 Oakland Avenue<br>St. Louis, MO 63110 | Plaintiffs in *Three Z Printing Co.* and *Nies Aircraft Co., Inc.* |
| Mario N. Alioto<br>**Trump, Alioto, Trump & Prescott**<br>2280 Union Street<br>San Francisco, CA 94123<br><br>Joseph M. Patane<br>**Law Offices of Joseph M. Patane**<br>2280 Union Street<br>San Francisco, CA 94123 | Plaintiffs in *T&W Printing, Inc.* |

| Attorney | Represented Party(s) |
|---|---|
| Francis O. Scarpulla<br>**Law Offices of Francis O. Scarpulla**<br>44 Montgomery St., Suite 3400<br>San Francisco, CA 94104 | |
| J. Daniel Sagarin<br>**Hurwitz, Sagarin & Slossberg, LLC**<br>147 N. Broad St.<br>P.O. Box 112<br>Milford, CT 06460<br><br>Roy M. Bell<br>**Ross Dixon & Bell LLP**<br>550 West B Street, Suite 400<br>San Diego, CA 92101<br><br>Merril Hirsh<br>**Ross Dixon & Bell LLP**<br>2001 K Street, N.W.<br>Washington, DC 20006-1640 | Plaintiffs in *Twin Palms* |
| Mark R. Rosen<br>**Barrack Rodos & Bacine**<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br><br>H. Laddie Montague, Jr.<br>**Berger & Montague, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103<br><br>Richard L. Creighton, Jr.<br>**Keating, Muething & Klekamp PLL**<br>1400 Provident Tower<br>One East Fourth Street<br>Cincinnati, OH 45202<br><br>Warren Rubin<br>**Law Offices of Bernard M. Gross, P.C.**<br>1515 Locust Street, 2nd Floor<br>Philadelphia, PA 19102 | Plaintiffs in *Weiss* |

| Attorney | Represented Party(s) |
|---|---|
| Michael E. Lackey, Jr.<br>**Mayer, Brown, Rowe & Maw, LLP**<br>1909 K Street, N.W.<br>Washington, D.C. 20006 | Bowater Inc. |
| Daniel W. Nelson<br>**Gibson, Dunn & Crutcher, LLP**<br>1050 Connecticut Ave, N.W.<br>Washington, D.C. 20036 | International Paper Company |
| Kenneth W. Ritt<br>Jonathan B. Tropp<br>**Day Berry & Howard, LLP**<br>1 Canterbury Green<br>Stamford, CT 06901 | Madison International Sales Company |
| Stewart N. Mesher<br>**Howrey Simon Arnold & White**<br>750 Bering Drive<br>Houston, TX 77057-2198<br><br>Joseph A. Ostoyich<br>**Howrey Simon Arnold & White**<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | MeadWestvaco Corporation |
| Metsälitto Group<br>P.O.B. 10<br>FIN-02020 METSA<br>Finland | Metsälitto Group |
| Metsälitto Cooperative<br>Revontulentie 6<br>FIN-02100 ESPOO<br>Finland | Metsällito Cooperative |
| M-Real Corporation<br>FIN-02020 METSA<br>Finland | M-real Corporation |
| James R. Fogarty<br>**Fogarty Cohen Selby & Nemiroff LLC**<br>88 Field Point Road<br>P.O. Box 2508<br>Greenwich, CT 06836-2508 | M-real USA Corp. |

1790.10 0005 BSC.DOC

| Attorney | Represented Party(s) |
|---|---|
| Charles E. Koob<br>Mark G. Cunha<br>**Simpson Thatcher & Bartlett LLP**<br>425 Lexington Avenue<br>New York, NY 10029 | |
| Kenneth W. Ritt<br>Jonathan B. Tropp<br>**Day Berry & Howard, LLP**<br>1 Canterbury Green<br>Stamford, CT 06901 | Myllykoski Corporation |
| Norske Skog (USA) Holdings, Inc.<br>C/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Norske Skog (USA) Holdings Inc. |
| Kenneth M. Kramer<br>**Shearman & Sterling LLP**<br>599 Lexington Avenue<br>New York, NY 10022 | Norske Skog (USA) Inc. |
| Jesse W. Markham<br>**Morrison & Foerster, LLP**<br>425 Market Street<br>San Francisco, CA 94105 | Norske Skog Canada (USA) Inc. Norske Skog Canada Limited |
| Hugh F. Bangasser<br>**Preston Gates & Ellis**<br>925 Fourth Ave, Suite 2900<br>Seattle, WA 98104-1158 | Norske Skog North America LLC |
| Norske Skogindustrier ASA<br>Oksenøyveien 80<br>1326 Lysaker<br>Norway | Norske Skogindustrier ASA |
| Sappi Limited<br>40 Ameshoff Street<br>Braamfontein<br>Johannesburg 2001<br>Republic of South Africa | Sappi Limited |

| Attorney | Represented Party(s) |
|---|---|
| Ralph H. Palumbo<br>Michael E. Kipling<br>**Summit Law Group**<br>315 Fifth Ave. S., Suite 1000<br>Seattle, WA 98104-2682<br><br>Mark R. Merley<br>**Arnold & Porter, LLP**<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004 | SD Warren Company |
| David Marx, Jr.<br>**McDermott, Will & Emery, LLP**<br>227 W. Monroe Street<br>Chicago, IL 60606-5096 | Stora Enso North America Corporation<br>Stora Enso Oyj |
| John M. Majoras<br>**Jones Day Reavis & Pogue**<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001<br><br>William F. Cronin<br>Laurie M. Thornton<br>**Corr Cronin**<br>1001 Fourth Ave., Suite 3900<br>Seattle, WA 98154-1051 | UPM-Kymmene Corporation |
| Melissa J. Nandi<br>**Jones Day**<br>North Point, 901 Lakeside Ave.<br>Cleveland, OH 44114-1190 | UPM-Kymmene, Inc. |
| Bemis Company, Inc,<br>222 South 9th Street, Suite 2300<br>Minneapolis, MN 55402-4099 | Bemis Company, Inc. |
| Avery Dennison Corporation<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Avery Dennison Corporation |
| Sappi Cloquet LLC<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Sappi Cloquet LLC |

1790.10 0005 BSC.DOC

| Attorney | Represented Party(s) |
|---|---|
| Keimart (U.S.), Inc.<br>47 Cooper Street<br>Woodbury, NJ  08096 | Keimart (U.S.), Inc. |
| McCausey Wood Products, Inc.<br>c/o James Gilleran<br>32205 Little Mack<br>Roseville, MI  48066 | McCausey Wood Products, Inc. |