# HEINS MILLS & OLSON, P.L.C.
ATTORNEYS AT LAW

3550 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
TEL (612) 338-4605 • FAX (612) 338-4692
WWW.HEINSMILLS.COM

TROY J. HUTCHINSON
THUTCHINSON@HEINSMILLS.COM

September 23, 2004

**VIA MESSENGER**
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-225, North Lobby
Washington, D.C. 20002

Re:   **In re Publication paper Antitrust Litigation, MDL 1631**

Dear Clerk:

Enclosed, on behalf of plaintiffs Custom Printing of Willmar, are an original and eleven copies of **The Motion of Plaintiff Custom Printing of Willmar, Inc. for Transfer and Consolidation of Related Antitrust Actions to the District of Connecticut Pursuant to 28 U.S.C. § 1407**, **Memorandum of Law in Support of the Motion of Plaintiff Custom Printing of Willmar, Inc. for Transfer and Consolidation of Related Antitrust Actions to the District of Connecticut Pursuant to 28 U.S.C. § 1407** and **Schedule of Related Cases to Accompany Plaintiff Custom Printing of Willmar, Inc.'s Motion for Transfer and Consolidation of Related Antitrust Actions to the District of Connecticut Pursuant to 28 U.S.C. § 1407**, along with a certificate of service.

In addition, pursuant to Rule 5.13 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, also enclosed is a computer readable disk containing the aforementioned documents in Microsoft Word format.

Sincerely,

HEINS MILLS & OLSON, P.L.C.

Troy J. Hutchinson

Enclosures
c: All counsel on enclosed service list

48821