BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE PUBLICATION PAPER
ANTITRUST LITIGATION

MDL DOCKET No. 1631

## THE MOTION OF PLAINTIFF CUSTOM PRINTING OF WILLMAR, INC. FOR TRANSFER AND CONSOLIDATION OF RELATED ANTITRUST ACTIONS TO THE DISTRICT OF CONNECTICUT PURSUANT TO 28 U.S.C. § 1407

Plaintiff Custom Printing of Willmar, Inc. ("Plaintiff") respectfully moves the Judicial Panel on Multidistrict Litigation for an Order, pursuant to Title 28 U.S.C. § 1407, directing the following: 1) transferring one putative class action, from the actions currently pending nationwide, including the action commenced by Plaintiff in the United States District Court for the District of Massachusetts, Custom Printing of Willmar, Inc. v. International Paper Co., et al., 04-CV-11583 (GAO) (D. Mass.) (filed July 15, 2004) (the "Custom Printing Action"), as well as any subsequently filed actions asserting similar or related claims, to the United States District Court for the District of Connecticut; and 2) consolidating these proceedings with the two actions that are currently pending in the District of Connecticut, Charles J. Gardella, Jr. v. International Paper Co., et al., 3:04-CV-935-SRU (D. Conn.) (filed June 8, 2004) (the "Gardella Action"), and Larry Weiss v. International Paper Co., et al., 3:04-CV-974-CFD (filed June 15, 2004) (the "Weiss Action").

For the reasons set for in the Motion of the Plaintiff Charles J. Gardella, Jr. for Transfer and Consolidation, which is currently pending before this Panel, as well as the papers filed in support of said Motion, Plaintiff believes that transfer to the District of Connecticut, and consolidation with the cases there pending, is appropriate.

WHEREFORE, Plaintiff respectfully requests that the Panel order that the Custom Printing Action, and all similar or related actions, as well as all subsequently filed actions asserting similar or related claims, be transferred to the District of Connecticut for consolidated and coordinated pretrial proceedings.

DATED: September 23, 2004

**HEINS MILLS & OLSON, P.L.C.**

_____
Samuel D. Heins
Vincent J. Esades
Troy J. Hutchinson
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Peter A. Pease
Joseph J. Tabacco, Jr.
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Mark Wermerskirchen
**DARVAL, WERMERSKIRCHEN & FRANK, P.A.**
Appletree Square
1601 East Highway 12
P.O. Box 1175
Willmar, MN 56201
Telephone: (320) 235-1876
Facsimile: (320) 235-1934