BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE PUBLICATION PAPER
ANTITRUST LITIGATION

MDL DOCKET No. 1631

---

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF PLAINTIFF CUSTOM PRINTING OF WILLMAR, INC. FORTRANSFER AND CONSOLIDATION OF RELATEDANTITRUSTACTIONS TO THE DISTRICT OF CONNECTICUT PURSUANT TO 28 U.S.C. § 1407

Plaintiff Custom Printing of Willmar, Inc. ("Plaintiff") submits this memorandum of law in support of its Motion for Transfer and Consolidation, and in accordance with Rule 7.2 (a)(i) of the Rules of Judicial Panel on Multidistrict Litigation.

Plaintiff accedes to, and endorses, the proffered arguments in support of transfer and consolidation in the United States District Court for the District of Connecticut as set forth in the Plaintiff Charles J. Gardella, Jr.'s Memorandum of Law in Support of Motion for Transfer and Consolidation of Related Antitrust Actions to the District of Connecticut Pursuant to 28 U.S.C. § 1407, and accompanying papers. For the reasons stated therein, Plaintiff also requests that this Court transfer all similar or related actions, including the action commenced by Plaintiff in the United States District Court for the District of Massachusetts, Custom Printing of Willmar, Inc. v. International Paper Co., et al., 04-CV-11583 (GAO) (D. Mass.) (filed July 15, 2004) (the "Custom Printing Action"), as well as all subsequently filed actions asserting similar or related claims, to the United States District Court for the District of Connecticut for consolidation with the actions currently pending in that District, Charles J. Gardella, Jr. v. International Paper Co., et al., 3:04-CV-935-SRU (D. Conn.) (filed June 8, 2004) (the "Gardella Action"), and Larry

Weiss v. International Paper Co., et al., 3:04-CV-974-CFD (filed June 15, 2004) (the "Weiss Action").

Therefore, Plaintiff respectfully requests that the Panel order that the Custom Printing Action, and all similar or related actions, as well as all subsequently filed actions asserting similar or related claims, be transferred to the District of Connecticut for consolidated and coordinated pretrial proceedings.

DATED: September 23, 2004            **HEINS MILLS & OLSON, P.L.C.**

_____
Samuel D. Heins
Vincent J. Esades
Troy J. Hutchinson
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Peter A. Pease
Joseph J. Tabacco, Jr.
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Mark Wermerskirchen
**DARVAL, WERMERSKIRCHEN & FRANK, P.A.**
Appletree Square
1601 East Highway 12
P.O. Box 1175
Willmar, MN 56201
Telephone: (320) 235-1876
Facsimile: (320) 235-1934