BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE PUBLICATION PAPER                    MDL DOCKET No. 1631
ANTITRUST LITIGATION

---

**SCHEDULE OF RELATED CASES TO ACCOMPANY PLAINTIFF CUSTOM PRINTING OF WILLMAR, INC.'S MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ANTITRUST ACTIONS TO THE DISTRICT OF CONNECTICUT PURSUANT TO 28 U.S.C. § 1407**

1. *PLAINTIFF CUSTOM PRINTING OF WILLMAR, INC. v. INTERNATIONAL PAPER CO; MEADWESTVACO CORP.; NORSKE SKOGINDUSTRIER ASA; NORSKE SKOG NORTH AMERICA LLC; NORSKE SKOG (USA), INC.; NORSKE SKOG (USA) HOLDINGS, INC.; NORSKE SKOG CANADA LIMITED; NORSKE SKOG CANADA (USA), INC.; STORA ENSO OYJ; STORA ENSO NORTH AMERICA CORPORATION; SAPPI LIMITED; S.D. WARREN COMPANY; METSALITTO GROUP; METSALITTO COOPERATIVE; M-REAL CORPORATION; M-REAL USA CORP.; UPM-KYMMENE CORPORATION; MYLLYKOSKI CORPORATION; MADISON INTERNATIONAL SALES COMPANY; and BOWATER, INC.*, 04-CV-11583 (GAO) (D. MASS.) (filed July 15, 2004);

2. *CHARLES J GARDELLA, JR., FORMERLY DOING BUSINESS AS FCP WEBINDERY, INC. v. INTERNATIONAL PAPER CO; MEADWESTVACO CORP.; NORSKE SKOGINDUSTRIER ASA; NORSKE SKOG NORTH AMERICA LLC; NORSKE SKOG (USA), INC.; NORSKE SKOG (USA) HOLDINGS, INC.; NORSKE SKOG CANADA LIMITED; NORSKE SKOG CANADA (USA), INC.; STORA ENSO OYJ; STORA ENSO NORTH AMERICA CORPORATION; SAPPI LIMITED; S.D. WARREN COMPANY; METSALITTO GROUP; METSALITTO COOPERATIVE; M-REAL CORPORATION; M-REAL USA CORP.; UPM-KYMMENE CORPORATION; MYLLYKOSKI CORPORATION; MADISON INTERNATIONAL SALES COMPANY; and BOWATER, INC.*, 3:04-CV-935 (SRU) (D. Conn.) (filed June 8, 2004);

3. *LARRY WEISS, FORMERLY DOING BUSINESS AS FORMS, INC. v. INTERNATIONAL PAPER CO; MEADWESTVACO CORP.; NORSKE SKOGINDUSTRIER ASA; NORSKE SKOG NORTH AMERICA LLC; NORSKE SKOG (USA), INC.; NORSKE SKOG (USA) HOLDINGS, INC.; NORSKE SKOG CANADA LIMITED; NORSKE SKOG CANADA (USA), INC.; STORA ENSO OYJ; STORA ENSO NORTH AMERICA CORPORATION; SAPPI LIMITED; S.D. WARREN COMPANY; METSALITTO GROUP; METSALITTO COOPERATIVE; M-REAL CORPORATION; M-REAL USA CORP.; UPM-KYMMENE*

*CORPORATION; MYLLYKOSKI CORPORATION; and MADISON INTERNATIONAL SALES COMPANY.*, 3:04-CV-974 (CFD) (D. Conn.) (filed June 15, 2004);

4. *T & W PRINTING, INC. v. INTERNATIONAL PAPER CO; MEADWESTVACO CORP.; NORSKE SKOGINDUSTRIER ASA; NORSKE SKOG NORTH AMERICA LLC; NORSKE SKOG (USA), INC.; NORSKE SKOG (USA) HOLDINGS, INC.; NORSKE SKOG CANADA LIMITED; NORSKE SKOG CANADA (USA), INC.; STORA ENSO OYJ; STORA ENSO NORTH AMERICA CORPORATION; SAPPI LIMITED; S.D. WARREN COMPANY; METSALITTO GROUP; METSALITTO COOPERATIVE; M-REAL CORPORATION; M-REAL USA CORP.; UPM-KYMMENE CORPORATION; MYLLYKOSKI CORPORATION; MADISON INTERNATIONAL SALES COMPANY; and BOWATER, INC.*, c-04-2428 (CW) (N.D. Cal.) (filed June 15, 2004).

DATED:  September 23, 2004    **HEINS MILLS & OLSON, P.L.C.**

_____
Samuel D. Heins
Vincent J. Esades
Troy J. Hutchinson
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone:  (612) 338-4605
Facsimile:   (612) 338-4692

Peter A. Pease
Joseph J. Tabacco, Jr.
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2025
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Mark Wermerskirchen
**DARVAL, WERMERSKIRCHEN
& FRANK, P.A.**
Appletree Square
1601 East Highway 12
P.O. Box 1175
Willmar, MN 56201
Telephone: (320) 235-1876
Facsimile: (320) 235-1934