STATE OF MINNESOTA )
                       ) ss.                      **AFFIDAVIT OF SERVICE**
COUNTY OF HENNEPIN)

      Kay Kelley, being first duly sworn, says that on September 23, 2004, City of Minneapolis, County of Hennepin, State of Minnesota, caused to be served **The Motion of Plaintiff Custom Printing of Willmar, Inc. for Transfer and Consolidation of Related Antitrust Actions to the District of Connecticut Pursuant to 28 U.S.C. § 1407, Memorandum of Law in Support of the Motion of Plaintiff Custom Printing of Willmar, Inc. for Transfer and Consolidation of Related Antitrust Actions to the District of Connecticut Pursuant to 28 U.S.C. § 1407** and **Schedule of Related Cases to Accompany Plaintiff Custom Printing of Willmar, Inc.'s Motion for Transfer and Consolidation of Related Antitrust Actions to the District of Connecticut Pursuant to 28 U.S.C. § 1407** on the following parties:

      SEE ATTACHED LIST

by delivering a true and correct copy thereof via U.S. mail and facsimile to the above-named parties at the last known address and fax number.

                                                        Kay Kelley

Subscribed and sworn to before me
this 23rd day of September, 2004

Notary Public



IRENE M. KOVARIK
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2005