AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF _____ Massachusetts _____

Custom Printing of Willmar, Inc., on behalf of itself
and all others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-11583 GAO

International Paper Co, et al.

TO: (Name and address of defendant)

Norske Skog North America LLC
1011 Western Avenue, Suite 700,
Seattle, Washington 98 104.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Pease, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
(617) 542-8300

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

JUL 1 5 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                                           Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Custom Printing of Willmar, et al., et. al., Plaintiff(s)<br>vs.<br>International Paper Co., et al., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439- |



## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

BERMAN, DEVALERIO, ET AL
Mr. John B. Clark
One Liberty Square, 8th Floor
Boston, MA 02109-4825

--Norske Skog North America, LLC
Court Case No. 04 115 83 GAO

State of: Washington ) ss.
County of: King )

**Name of Server:** Rodrigo Meza, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 15th day of September, 20 04, at 1:40 o'clock P M

**Place of Service:** at 1011 Western Avenue, Suite 700, in Seattle, WA 98104

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Norske Skog North America, LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Sharon Brumfield, Administrative Assistant

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   9/17/04 (Date)

Subscribed and sworn to before me this 17 day of September, 20 04
Notary Public   10/19/05 (Commission Expires)

APS International, Ltd.
APS File #: 068096-0001

[Notary seal: H. Eric Vennes, Notary Public, State of Washington, Commission Expires 10-19-05]