UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Custom Printing of Willmar, Inc., on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>International Paper Co; MeadWestvaco Corp.; Norske Skogindustrier ASA; Norske Skog North America LLC; Norske Skog (USA), Inc.; Norske Skog (USA) Holdings, Inc.; Norske Skog Canada Limited; Norske Skog Canada (USA), Inc.; Stora Enso Oyj; Stora Enso North America Corporation; Sappi Limited; S.D. Warren Company; Metsälitto Group; Metsälitto Cooperative; M-real Corporation; M-real USA Corp.; UPM-Kymmene Corporation; Myllykoski Corporation; Madison International Sales Company; and Bowater, Inc.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 04-11583-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO EXTEND TIME TO
MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6, Defendant S. D. Warren Company ("S.D. Warren") moves to extend the time for Defendants who have been served or have waived service in this action to move, file an answer or otherwise respond to Plaintiff's complaint, dated July 15, 2004 (the "Complaint"), to the extent any of the above-referenced Defendants is required to respond to the Complaint, until, and including, forty-five (45) days after a Consolidated Amended Complaint is filed in the consolidated proceedings in the District of Connecticut. To date, S.D. Warren, Bowater Incorporated; International Paper Co.; Madison International Sales Company; M-Real USA Corporation; MeadWestvaco Corporation; Norske Skog (USA), Inc.;

Norske Skog Canada (USA) Inc.; Norkse Skog NA, LLC; and Stora Enso North America Corporation (collectively the "Served Defendants") have been served with or have waived service of the Complaint. Counsel for S.D. Warren has conferred with counsel for each of the other Served Defendants and is authorized to represent that all of the Served Defendants wish to join in requesting that this assented-to motion be granted.[1]

### A.  BACKGROUND

The Served Defendants filed an Assented-To Motion To Extend Time To Move, Answer, Or Otherwise Respond to Plaintiff's Complaint on September 2, 2004 (the "September Motion"). As stated in the September Motion, the Plaintiff assented to extending the deadlines for the Served Defendants to respond to the Complaint in this action until, and including, twenty (20) days after the date upon which the Judicial Panel on Multidistrict Litigation ("JPML") entered an order ruling on a motion to consolidate pretrial proceedings pursuant to 28 U.S.C. § 1407. The Court granted the September Motion on September 16, 2004. *See* Electronic Order dated September 16, 2004 (O'Toole, J.). The JPML ruled on the motion to consolidate pretrial proceedings on November 12, 2004. Accordingly, the deadline for the Served Defendants to respond to the Complaint in this action is currently December 2, 2004.

The JPML issued an order on November 19, 2004, conditionally transferring this action to the District of Connecticut for coordinated or consolidated pretrial proceedings pursuant to Rule 7.4 of the Rules of Procedure of the JPML. Neither the Plaintiff nor the Served Defendants (the "Parties") intend to object to transfer to the District of Connecticut. As a result, the Parties expect this action to be formally transferred on or about December 6, 2004. Furthermore, the

---

[1] This Motion is not filed on behalf of Defendant Norske Skog (USA) Holdings, Inc., which no longer exists.

Parties anticipate that the plaintiffs in at least some of the various cases consolidated in the District of Connecticut will file a Consolidated Amended Complaint.

In order to minimize the burdens on the Parties and this Court, the deadlines for the Served Defendants to move, file an answer or otherwise respond to the Plaintiff's Complaint should be stayed while the transfer to the District of Connecticut is pending.

**B.   GOOD CAUSE EXISTS FOR THE COURT TO EXTEND THE TIME FOR THE SERVED DEFENDANTS TO RESPOND OR OTHERWISE PLEAD**

Because of the JPML conditional transfer order, the likelihood that at least some of the plaintiffs in the various cases consolidated in the District of Connecticut will file a Consolidated Amended Complaint, and other facts described above, good cause exists for this Court to extend the time for the Served Defendants to move, file an answer or otherwise respond to Plaintiff's Complaint, to the extent any of the Served Defendant is required to respond to the Complaint, until, and including, forty-five (45) days after a Consolidated Amended Complaint is filed in the consolidated proceedings in the District of Connecticut.

As indicated below, the Plaintiff has assented to the Served Defendants' request for the time sought herein.

WHEREFORE, for all of the reasons stated above, S.D. Warren, on behalf of itself and the other Served Defendants listed below, respectfully requests that this Court grant the assented-to motion extending the time for the Served Defendants to move, file an answer or otherwise respond to Plaintiff's Complaint, to the extent any Served Defendant is required to respond to the

Complaint, until, and including, forty-five (45) days after a Consolidated Amended Complaint is filed in the consolidated proceedings in the District of Connecticut.

*Respectfully submitted*,

S.D. WARREN COMPANY

By its attorneys,

   /s/ Jane E. Willis
Jane E. Willis (BBO# 568024)
Ryan M. DiSantis (BBO# 654513)
 Ropes & Gray LLP
 One International Place
 Boston, MA 02110-2624
 (617) 951-7000
 (617) 951-7050 (facsimile)

*Of Counsel*:
Mark R. Merley
Julie B. Rottenberg
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5321
(202) 942-5999 (facsimile)

*Assented to*:

   /s/ Peter A. Pease / RMD with permission
Peter A. Pease (BBO# 392880)
 Berman DeValerio Pease Tabacco Burt & Pucillo
 One Liberty Square
 Boston, MA 02109
 (617) 542-8300
 (617) 542-1194
Counsel for Plaintiff Custom Printing of Willmar, Inc.

Dated:  December 1, 2004

Other Joining Counsel for Defendants:

Michael E. Lackey, Jr.
Mayer, Brown, Rowe and Maw LLP
1909 K Street, NW
Washington, DC  20006-1101
(202) 263-3000
(202) 263-3300 (facsimile)
Counsel for Defendant Bowater Incorporated

Daniel Nelson
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 955-8500
(202) 467-0539 (facsimile)
Counsel for Defendant International Paper Co.

Kenneth W. Ritt
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901
(203) 977-7300
(203) 977-7301 (facsimile)
Counsel for Defendant Madison
International Sales Company

Mark G. Cunha
Edward D. Hassi
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017-3954
(212) 455-3382
(212) 455-2502 (facsimile)
Counsel for Defendant M-Real USA Corporation

Joseph A. Ostoyich
Howrey Simon Arnold and White, LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004-2402
(202) 383-7241
(202) 383-6610 (facsimile)
Counsel for Defendant
MeadWestvaco Corporation

-5-

Kenneth M. Kramer
Shearman and Sterling, LLP
599 Lexington Ave.
New York, NY  10022-6069
(212) 848-4000
(212) 848-7279 (facsimile)
Counsel for Defendant Norske Skog (USA) Inc.

Jesse W. Markham, Jr.
Morrison and Forester LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-7000
(415) 268-7522 (facsimile)
Counsel for Defendant Norske Skog Canada (USA) Inc.

Hugh F. Bangasser
Preston, Gates & Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
206 623-7580
206 623-7022 (facsimile)
Counsel for Defendant Norske Skog North America, LLC

David Marx, Jr.
McDermott Will and Emery LLP
227 West Monroe
Chicago, IL  60606-5096
(312) 372-2000
(312) 984-7700 (facsimile)
Counsel for Defendant Stora Enso North America Corporation

## **CERTIFICATE OF SERVICE**

I, Ryan M. DiSantis, hereby certify that a true copy of the foregoing was served electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) or mailed this 1st day of December, 2004, by First Class Mail, postage prepaid, and addressed to:

Peter A. Pease
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109
(617) 542-8300
(617) 542-1194 (facsimile)
Counsel for Plaintiff Custom Printing of Willmar, Inc.

Michael E. Lackey, Jr.
Mayer, Brown, Rowe and Maw LLP
1909 K Street, NW
Washington, DC  20006-1101
(202) 263-3000
(202) 263-3300 (facsimile)
Counsel for Defendant Bowater Incorporated

Daniel Nelson
Gibson Dunn and Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 955-8500
(202) 467-0539 (facsimile)
Counsel for Defendant International Paper Co.

Kenneth W. Ritt
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901
(203) 977-7300
(203) 977-7301 (facsimile)
Counsel for Defendant Madison
International Sales Company

Edward D. Hassi
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017-3954
(212) 455-3382
(212) 455-2502 (facsimile)
Counsel for Defendant M-Real USA Corporation

M-Real Corporation
P.O.B. 10, FIN-02020
METSA
FINLAND

Joseph A. Ostoyich
Howrey Simon Arnold and White, LLP
1299 Pennsylvania Ave., NW
Washington, DC  20004-2402
(202) 383-7241
(202) 383-6610 (facsimile)
Counsel for Defendant
MeadWestvaco Corporation

Metsalitto Group
P.O.B. 10, FIN-02020
METSA
FINLAND

Metsalitto Cooperative
Revontulentie 6, FIN-0210
ESPOO
FINLAND

Myllykoski Corporation
Etelaesplanadi 20, FIN-00130
Helsinki
FINLAND

Kenneth M. Kramer
Shearman and Sterling, LLP
599 Lexington Ave.
New York, NY  10022-6069
(212) 848-4000
(212) 848-7279 (facsimile)
Counsel for Defendant Norske Skog (USA), Inc.

Jesse W. Markham, Jr.
Morrison and Forester LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-7000
(415) 268-7522 (facsimile)
Counsel for Defendant Norske Skog Canada (USA) Inc.

Hugh F. Bangasser
Preston, Gates & Ellis, LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
(415) 268-7000
(415) 268-7522 (facsimile)
Counsel for Defendant Norske Skog NA, LLC

Norske Skogindustrier ASA
Okenoyveien 80
1326 Lysaker
NORWAY

Norske Skog Canada Limited
250 Howe Street, 16th Floor
Vancouver, BC V6C 3R8
CANADA

Sappi Limited
40 Amewshoff Street
Braamfontein
Johannesburg 2001
REPUBLIC OF SOUTH AFRICA

Adam J. Cohen
Lee D. Hoffman
Katherine A. Scanlon
Diane W. Whitney
Pullman & Comley, LLC
90 State House Square
Hartford, CT  06103-3702
(860) 424-4300
(860) 424-4370 (facsimile)
Counsel for Defendant Stora Enso North America Corporation

Stora Enso Oyj
Kanavaranta 1
FIN-00160, Helsinki
FINLAND

UPM-Kymmene Corporation
Etelaesplanadi 2, FIN-0013
Helsinki
FINLAND

    /s/ Ryan M. DiSantis
Ryan M. DiSantis