A CERTIFIED TRUE COPY

DEC - 7 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1631

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PUBLICATION PAPER ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On November 12, 2004, the Panel transferred six civil actions to the United States District Court for the District of Connecticut for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Stefan R. Underhill.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Connecticut and assigned to Judge Underhill.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Connecticut for the reasons stated in the order of November 12, 2004, ____F.Supp.2d____ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Stefan R. Underhill.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Connecticut. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 ...

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the foregoing
is a true copy of the original document
in file Date: 12-15-04
KEVIN F. ROWE
Clerk
By /s/ Justice W. Cox
Deputy Clerk

# SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1631
## IN RE PUBLICATION PAPER ANTITRUST LITIGATION

DISTRICT  DIV. C.A.#

**ILLINOIS NORTHERN**
| | | |
|---|---|---|
| ILN | 1 04-4872 | Service Web Offset Corp. v. Stora Enso North America Corp., et al. |
| ILN | 1 04-5777 | Kukla Press Inc. v. Stora Enso North America Corp., et al. |

**MASSACHUSETTS**
| | | |
|---|---|---|
| MA | 1 04-11583 | Custom Printing of Willmar, Inc. v. International Paper Co., et al. |

**NEW JERSEY**
| | | |
|---|---|---|
| NJ | 1 04-4188 | DCI Inc. v. International Paper Co., et al. |
| NJ | 1 04-4331 | Citation Graphics, Inc. v. International Paper Co., et al. |

**OHIO NORTHERN**
| | | |
|---|---|---|
| OHN | 1 04-1828 | Champion Printing Corp. v. International Paper Co., et al. |

**PENNSYLVANIA EASTERN**
| | | |
|---|---|---|
| PAE | 2 04-4569 | Star Printing Co., Inc. v. International Paper Co., et al. |

## INVOLVED COUNSEL FOR SCHEDULE CTO-1
## DOCKET NO. 1631
## IN RE PUBLICATION PAPER ANTITRUST LITIGATION

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

John A. Cochrane
Cochrane & Bresnahan, P.A.
24 East Fourth Street
St. Paul, MN 55101-1099

Jeffrey J. Corrigan
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Robert E. Davy
Robert E. Davy, Jr. & Associates
100 North LaSalle Street
Suite 1400
Chicago, IL 60602

Joseph J. DePalma
Lite, DePalma, Greenberg & Rivas
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003

William T. Gotfryd
Susman & Watkins
20 South Clark Street
Two First National Plaza
Suite 600
Chicago, IL 60603

Bruce D. Greenberg
Lite, DePalma, Greenberg & Rivas
Two Gateway Center
12th Floor
Newark, NJ 07102

Samuel D. Heins
Heins, Mills & Olson, PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Joseph E. Hopkins
Latham & Watkins
One Newark Center
16th Floor
Newark, NJ 07102

Daniel R. Karon
Weinstein, Kitchenoff, Scarlato
& Goldman
55 Public Square
Suite 1500
Cleveland, OH 44113

Steven W. Kasten
McDermott, Will & Emery, P.C.
28 State Street
Boston, MA 02109

Susan G. Kupfer
Glancy, Binkow & Goldberg
455 Market Street, Suite 1810
San Francisco, CA 94105

David Marx, Jr.
McDermott, Will & Emery, LLP
227 W. Monroe Street, #4400
Chicago, IL 60606-5096

Peter A. Pease
Berman DeValerio Pease
Tabacco, et al.
One Liberty Square
8th Floor
Boston, MA 02109

Howard J. Sedran
Levin, Fishbein, Sedran &
Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

James B. Sloan
Pedersen & Houpt, P.C.
161 North Clark Street
Suite 3100
Chicago, IL 60601-3224

Gary L. Specks
Kaplan Fox & Kilsheimer, LLP
203 North LaSalle Street
Suite 2100
Chicago, IL 60601

Eugene A. Spector
Spector, Roseman & Kodroff
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Lisa Colleen Sullivan
Howrey, Simon, Arnold &
White, LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610

Arthur T. Susman
Susman & Watkins
Two First National Plaza
Suite 600
Chicago, IL 60603

Ann D. White
Mager, White & Goldstein, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046

Jane E. Willis
Ropes & Gray
One International Place
Boston, MA 02110